UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ALEXANDER RIALS,<br><br>    Plaintiff,<br><br>    v.<br><br>A. DAYS, et al.,<br><br>    Defendants. | Case No. 17-cv-00467-HSG<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE A DISPOSITIVE MOTION**<br><br>Re: Dkt. No. 12 |

Good cause being shown, Defendants' request for an extension of time to file a dispositive motion is GRANTED. Dkt. No. 12. By September 29, 2017, Defendants shall file and serve a motion for summary judgment or other dispositive motion. If Defendants are of the opinion that this case cannot be resolved by summary judgment, Defendants must so inform the Court prior to the date the motion is due. Plaintiff's opposition to the summary judgment or other dispositive motion must be filed with the Court and served upon Defendants no later than **28 days** from the date the motion is filed. Defendants **shall** file a reply brief no later than **14 days** after the date the opposition is filed. The motion shall be deemed submitted as of the date the reply brief is due. No hearing will be held on the motion.

This order terminates Docket No. 12.

**IT IS SO ORDERED.**

Dated: 8/1/2017

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge