UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ALEXANDER RIALS,<br>        Plaintiff,<br>  v.<br>A. DAYS, et al.,<br>        Defendants. | Case No. 17-cv-00467-HSG<br><br>**ORDER** |

Plaintiff, an inmate at Salinas Valley State Prison ("SVSP") in Soledad, California, filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983. On April 28, 2017, the Court ordered service of the complaint upon defendants Sergeant A. Days, Sergeant E. Garcia, Officer E. Torres, Officer B. Chin, Officer A. Machuca, Officer A. Cortina, and Officer H. Costillo. Dkt. No. 7. On June 22, 2017, counsel Caitlin Ross filed a waiver of reply on behalf of defendants B. Chin, A. Cortina, A. Days, E. Garcia, A. Machuca, and E. Torres. Dkt. No. 11. Defendant Costillo has not yet made an appearance in this action. Within twenty days of the date of this order, counsel Ross shall inform the Court whether she will also represent defendant H. Costillo.

**IT IS SO ORDERED.**

Dated: 8/23/2017

                                       HAYWOOD S. GILLIAM, JR.
                                       United States District Judge