UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ALEXANDER RIALS,<br><br>    Plaintiff,<br><br>    v.<br><br>A. DAYS, et al.,<br><br>    Defendants. | Case No. 17-cv-00467-HSG<br><br>**ORDER STAYING ACTION AND REFERRING FOR SETTLEMENT PROCEEDINGS; DIRECTIONS TO CLERK**<br><br>Re: Dkt. No. 28 |

Plaintiff, an inmate at Salinas Valley State Prison ("SVSP") in Soledad, California, filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983. Defendants report that the parties have pursued several informal settlement negotiations, and that a settlement may be possible with the assistance of the Pro Se Prisoner Settlement Conference. Defendants therefore request that this case be referred to the Pro Se Prisoner Settlement Conference and that this action be stayed. Dkt. No. 28. Good cause being shown, Defendants' request is GRANTED.

The Court orders as follows:

1. This case is hereby REFERRED to Magistrate Judge Robert Illman for settlement proceedings pursuant to the Pro Se Prisoner Mediation Program. Such proceedings shall take place within 120 days of the date this order is filed, or as soon thereafter as Magistrate Judge Illman's calendar will permit. Magistrate Judge Illman shall coordinate a place, time and date for one or more settlement conferences with all interested parties and/or their representatives and, within fifteen days of the conclusion of all settlement proceedings, shall file with the Court a report thereon.

2. The Clerk is directed to serve Magistrate Judge Illman with a copy of this order and to notify Magistrate Judge Illman that a copy of the Court file can be retrieved from the Court's

electronic filing database.

3. In view of the referral, further proceedings in this case are hereby STAYED. The Clerk shall ADMINISTRATIVELY CLOSE this case until further order of the Court.

This order terminates Dkt. No. 28.

**IT IS SO ORDERED.**

Dated: 4/2/2018

HAYWOOD S. GILLIAM, JR.
United States District Judge