United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ALEXANDER RIALS,<br>    Plaintiff,<br>  v.<br>A. DAYS, et al.,<br>    Defendants. | Case No. 17-cv-00467-HSG<br><br>**ORDER OF DISMISSAL** |

Plaintiff, a California prisoner proceeding *pro se* and currently incarcerated at Salinas Valley State Prison, filed the instant civil rights action pursuant to 42 U.S.C. § 1983. On April 2, 2018, the Court issued an order referring the matter for settlement proceedings before Magistrate Judge Robert Illman. Dkt. No. 29. On June 13, 2018, Judge Illman reported that the matter had "settled in full." Dkt. No. 35.

On June 14, 2018, the Court received a copy of a "Stipulation for Voluntary Dismissal with Prejudice" signed by both Plaintiff and counsel for Defendants. The signed stipulation states:

> Plaintiff James Alexander Rials and Defendants Garcia, Cortina, Torres, Machuca, Days, Chin, and Castillo have resolved this case in its entirety. Therefore, the parties stipulate to a dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).
>
> Each party shall bear its own litigation costs and attorney's fees.
>
> It is so stipulated.

Dkt. No. 34.

Accordingly, having been notified of the settlement,

IT IS HEREBY ORDERED THAT this action and all claims asserted herein against Defendants are DISMISSED WITH PREJUDICE. The Court will retain jurisdiction to enforce

the parties' settlement.

The Clerk shall send a copy of this order to Judge Illman.

**IT IS SO ORDERED.**

Dated: 6/15/2018

HAYWOOD S. GILLIAM, JR.
United States District Judge